# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **TERRANCE D. THEUS** | **CIVIL ACTION NO. 17-1332** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CHAD LEE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Terrance D. Theus's Complaint is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 3rd day of May, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE